# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-6333 PSG (MRWx) | Date | August 8, 2019 |
| Title | Brian Whitaker v. Gilbert C. Walker, et al. | | |

Present: The Honorable **Philip S. Gutierrez, United States District Judge**

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order to Show Cause re: Supplemental Jurisdiction

The complaint filed in this action asserts a claim for injunctive relief arising out of an alleged violation of the Americans with Disabilities Act ("ADA") and a claim for damages pursuant to California's Unruh Civil Rights Act. The Court **ORDERS** Plaintiff to show cause in writing no later than **August 23, 2019** why it should not decline to exercise supplemental jurisdiction over the Unruh Act claim. *See* 28 U.S.C. § 1367(c)(2), (c)(4); *Schutza v. Cuddeback*, 262 F. Supp. 3d 1025 (S.D. Cal. 2017).

The response to this Order to Show Cause must identify the amount of statutory damages Plaintiff seeks to recover. Plaintiff and Plaintiff's counsel must also support their responses to the Order to Show Cause with declarations, signed under penalty of perjury, providing all facts necessary for the Court to determine if they satisfy the definition of a "high-frequency litigant" as provided by California Civil Procedure Code § 425.55(b)(1) & (2).

Failure to respond as ordered will result in the Court declining to exercise supplemental jurisdiction over the Unruh Act claim and dismissing that claim without prejudice pursuant to 28 U.S.C. § 1367(c).

**IT IS SO ORDERED.**